In the Matter of the Grade Crossings of the LEHIGH VALLEY
RAILROAD COMPANY et al., and UNION ROAD IN THE TOWN
OF CHEEKTOWAGA.
WESTERN NEW YORK WATER COMPANY, Appellant; PUBLIC
SERVICE COMMISSION et al., Respondents.

Argued April 9, 1940; decided June 14, 1940.

*Thomas R. Wheeler* for appellant.

*Gay H. Brown* and *Sherman C. Ward* for Public Service Commission, respondent.

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *Jack Goodman* of counsel), for State Department of Public Works, respondent.

*George H. Stover* and *Frank C. Bowers* for Transit Commission, *amicus curiæ.*

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.